UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON RILEY,

              Petitioner,

Case No.   15-cv-5071-TEH

ORDER OF DISMISSAL

Petitioner Shannon Riley, a state prisoner, filed a motion for an extension of time to file a writ of habeas corpus under 28 U.S.C. § 2254.  Docket No. 1.  On the same day the action was filed, the Court notified Petitioner in writing that his action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit with his in forma pauperis (IFP) application a completed certificate of funds in his prison trust account (COF) signed by an authorized officer and a copy of his prison trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  The notice informed Petitioner that if he did not file pay the fee or submit the required documents within twenty-eight days from the date of the notice, his action would be dismissed and the file closed.  He was also informed that he did not file a petition and was also provided twenty-eight days to file a petition.

1     More than twenty-eight days have passed since the notice was

2   filed and Petitioner has not paid the fee or provided the Court

3   with the requisite items, or otherwise communicated with the

4   Court.  Accordingly, the action is DISMISSED without prejudice.

5     Because reasonable jurists would not find the result here

6   debatable, a certificate of appealability ("COA") is DENIED.  See

7   Slack v. McDaniel, 529 U.S. 473, 484-85 (2000) (standard for

8   COA).  The Clerk is directed to terminate all pending motions as

9   moot and close the file.

10     IT IS SO ORDERED.

11  Dated: 12/08/2015

12                                    THELTON E. HENDERSON
13                                    United States District Judge

14

15  G:\PRO-SE\TEH\HC.15\Riley5071.dis_ifp.docx

United States District Court
Northern District of California

2