UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON RILEY,

    Petitioner,

Case No. 15-cv-5071-TEH

ORDER OF DISMISSAL

Docket No. 6

This habeas case filed pro se by a state prisoner was dismissed without prejudice for failure to file a petition or application to proceed in forma pauperis. Presently pending is Petitioner's timely motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

Petitioner states that he filed a habeas petition and an in forma pauperis application with the Court on December 16, 2015, therefore the case should be reopened. Court records indicate that Petitioner did file a habeas petition and in forma pauperis application on December 16, 2015, however there was no docket number on the filings so they were filed as a new case. See Riley v. Biter, 15-5767-TEH (PR). That case concerns a prison disciplinary finding and is being transferred to the Eastern District of California where Petitioner is incarcerated. Another of Petitioner's cases challenging a prison disciplinary finding was also recently transferred. See Riley v. Biter, 15-5072-TEH

1   (PR).  Because the Court has reviewed in another action the
2   petition that was intended to be filed in this case, Petitioner's
3   motion to alter or amend the judgment (Docket No. 6) is DENIED.
4        IT IS SO ORDERED.
5   Dated: 01/11/2016

                                    THELTON E. HENDERSON
                                    United States District Judge

G:\PRO-SE\TEH\HC.15\Riley5071.recon.docx